**The attorney shall revise his form of motion so that the second and third paragraphs of the "passive notice" legend are combined into one as required by E.D. Tenn. LBR 9013-1(h)(2).**

**SO ORDERED.**
**SIGNED this 6th day of July, 2018**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In re:**<br>**Michael Alan Schiff Sr.,**<br>**Giovanna Schiff**<br><br>**Debtor(s)** | ) Case No.: 14-15695 NWW<br><br>Chapter 13 |

## ORDER DETERMINING FINAL CURE AND PAYMENT

This case is before the court on the motion of the debtor(s) for a determination that the default under the residential mortgage loan held by Specialized Loan Servicing, LLC had been cured as of the date of Trustee's notice, and that all required postpetiton amounts due as of that date had been paid. On that date, the standing chapter 13 trustee filed a Notice of Mortgagee of Final Payment in accordance with Fed. R. Bankr. P. 3002.1(f), stating that all amounts that were due in accordance with the confirmed plan to be paid on the debtor(s)' residential mortgage loan had been paid. The mortgage holder has filed a statement in response to the trustee's notice indicating that the holder agrees that the amount required to cure the default on its mortgage

claim had been paid in full, and that it does not contend that any required cure or postpetition amounts remained unpaid, as of the date of the trustee's notice.

Based on the mortgage holder's response to the trustee's notice and its failure to respond to the motion of the debtor(s), it is

ORDERED that the motion of the debtor(s) is granted and the court hereby determines that the default under the residential mortgage loan had been cured, and all required postpetition amounts had been paid, as of the date of the trustee's notice which is 5/23/2018 Fed.R.Bankr.P. 3002.1 (h).

# # #

MARK T. YOUNG & ASSOCIATES

By: /s/ Mark T. Young
    Mark T. Young,             05303
    Attorney for Debtor(s)
    2895 Northpoint Blvd
    Hixson, Tennessee  37343
    423/ 870-5225